# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0886
_____

DUANE WOULLARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy A. Register, Judge.

December 4, 2025

PER CURIAM.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Duane Woullard, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.